IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN DAVID WARREN, JR., ET AL., Plaintiffs, vs. UNITED STATES OF AMERICA, ET AL., Defendants. | CIV. NO. 19-00232 JMS-WRP |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT JOINT PETITION FOR GOOD FAITH SETTLEMENT DETERMINATION

Findings and Recommendation having been filed and served on all parties on September 21, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28 United States Code § 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Joint Petition for Good Faith Settlement Determination" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 12, 2021.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge