IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN DAVID WARREN, JR., AND LAURA WARREN, Individually, and as Guardians Ad Litem and Next Friends of Their Minor Children, D.G.W, A.J.W., J.D.W. III, and A.A.W., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; HAWAII PACIFIC HEALTH, a Domestic Nonprofit Corporation; HAWAII PACIFIC HEALTH PARTNERS, INC., a Domestic Nonprofit Corporation; KAPIOLANI MEDICAL SPECIALISTS, a Domestic Tax Exempt Organization; and DEVIN PUAPONG, M.D., <br><br> Defendants. | CIV. NO. 19-00232 JMS-WRP <br><br> SUPPLEMENTAL FINDINGS OF FACT AND CONCLUSIONS OF LAW; ORDER DIRECTING ENTRY OF FINAL JUDGMENT |

**SUPPLEMENTAL FINDINGS OF FACT AND CONCLUSIONS OF LAW; ORDER DIRECTING ENTRY OF FINAL JUDGMENT**

On April 17, 2023, the court issued "Preliminary Findings of Fact and Conclusions of Law" ("Preliminary Findings and Conclusions") in this medical malpractice case brought under the Federal Tort Claims Act. *See* ECF No. 442; *Warren v. United States*, 2023 WL 2974253 (D. Haw. Apr. 17, 2023). As the court explained, the Preliminary Findings and Conclusions were "preliminary" only to

the degree that additional information was needed as to the present value of amounts of damages found by the court, and for an award of lost earning capacity. ECF No. 442 at PageID.9478.

On May 22, 2023, the parties provided that additional information by filing a Stipulation Regarding Present Value of Life Care Plan and Lost Earnings ("Stipulation"). *See* ECF No. 448. As the parties agreed in the Stipulation, (1) the present value of the amount of special or economic damages based on the Life Care Plan is $19,518,712.00; and (2) the present value of Plaintiff D.G.W.'s[1] lost earnings, taking into account the effect of Indiana taxes and personal consumption, totals $1,537,946.00. *Id.* at PageID.9571−72. The Stipulation was approved and ordered by the court, also on May 22, 2023.

Accordingly, the April 17, 2023, Preliminary Findings and Conclusions are MODIFIED by these Supplemental Findings of Fact and Conclusions of Law. As so modified, the court finds and concludes that the United States of America ("United States") is liable under Hawaii law applicable under the Federal Tort Claims Act. The Preliminary Findings and Conclusions are incorporated by reference into these Supplemental Findings of Fact and Conclusions of Law. Together, they constitute the court's final Findings of Fact and Conclusions of Law.

---

[1] The court refers to Plaintiff D.G.W. by her initials. *See* Fed. R. Civ. P. 5.2(a)(3).

As for Plaintiff D.G.W., the court finds non-economic damages of $5,375,000.00 and economic damages totaling $19,518,712.00, as modified to account for present value.  The court also finds, as to D.G.W., the present value of damages for lost earnings is $1,537,946.00, taking into account the effect of Indiana taxes and personal consumption.

As for Plaintiff Laura Warren, the court finds non-economic damages of $1,000,000.00, and economic damages totaling $2,047,650.00 for past skilled care (whether provided by Laura or John Warren).

Accordingly, the Clerk of Court is directed to enter final judgment in favor of Plaintiffs and against the United States in the total amount of $29,479,308.00, subject to application of HRS § 663-15.5 to account for a prior settlement with former Defendants Kapiolani Medical Specialists and Dr. Devin Puapong.  The Clerk of Court shall close the case

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 23, 2023.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Warren v. United States of America*, Civ. No. 19-00232 JMS-WRP, Supplemental Findings of Fact and Conclusions of Law; Order Directing Entry of Final Judgment