Of Counsel:
DAVIS LEVIN LIVINGSTON

MARK S. DAVIS                1442
MICHAEL K. LIVINGSTON        4161
LORETTA A. SHEEHAN           4160
J. BLAINE ROGERS             8606
851 Fort Street, Suite 400
Honolulu, Hawaii  96813
Telephone: (808) 524-7500
Fax: (808) 356-0418
Email: lsheehan@davislevin.com
       brogers@davislevin.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| **JOHN DAVID WARREN, JR., AND LAURA WARREN, Individually, and as Guardians Ad Litem and Next Friends of Their Minor Children, D.G.W, A.J.W., J.D.W. III, and A.A.W.,** <br><br> PLAINTIFFS, <br><br> vs. <br><br> **UNITED STATES OF AMERICA; et al.,** <br><br> DEFENDANTS. | CIVIL NO. 19-00232 JMS-WRP (Federal Tort Claims Act) <br><br> **JUDGMENT REGARDING COSTS** <br><br><br> Judge:  J. Michael Seabright <br> Trial:  August 2, 2022 |

**JUDGMENT REGARDING COSTS**

Pursuant to the Supplemental Findings of Fact and Conclusions of Law; Order Directing Entry of Final Judgment (Dkt. 449) filed on May 23, 2023, and the Costs Taxed (Dkt. 461) filed on August 10, 2023,

IT IS HEREBY ORDERED AND ADJUDGED that costs are AWARDED TO PLAINTIFFS and against the United States of America in the amount of $75,094.74, and that this award of costs be included in the Judgment (Dkt. 450) filed on May 23, 2023.

DATED: Honolulu, Hawaii, August 16, 2023.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

---

*Warren, et al v. United States of America*, Civ. No. 19-00232 JMS-WRP; Judgment Regarding Costs